IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,            )<br>                                                                )<br>              Plaintiff,                                         )<br>                                                                )<br>              v.                                                  )       Civil Action No. 20-cv-01196-TFH<br>                                                                )<br>UNITED STATES DEPARTMENT OF      )<br>HOMELAND SECURITY and UNITED   )<br>STATES IMMIGRATION & CUSTOMS    )<br>ENFORCEMENT,                                     )<br>                                                                )<br>              Defendants.                                 )<br>                                                                ) | |

## JOINT STATUS REPORT

Plaintiff American Immigration Council (Council) and Defendants Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) submit this joint status report in accordance with the Court's Minute Order dated October 12, 2021:

1. Plaintiff filed this Freedom of Information Act (FOIA) action in May 2020 seeking certain records relating to Defendant U.S. Immigration and Custom Enforcement's (ICE's) response to the COVID-19 pandemic in immigration detention centers nationwide. *See* ECF No. 1.

2. The Court granted Plaintiff's motion for a preliminary injunction on June 11, 2020. *See* ECF No. 14.

3. Subsequently, the parties engaged in negotiations, which resulted in the parties' joint stipulation to hold proceedings in abeyance until April 19, ECF No. 21, which the Court approved by minute order.

4.  The stipulation to hold proceedings in abeyance was premised on Defendants' agreement to conduct agreed-upon additional searches, which resulted in the identification of approximately 430 additional pages of potentially responsive records.

5.  Defendants have completed review of the materials identified through the additional searches and produced non-exempt records to Plaintiff. Plaintiff has likewise completed its review of the supplemental productions made by Defendants.

6.  On September 8, 2021, counsel for Plaintiff provided counsel for Defendant a proposal for attorney's fees and costs in order to settle this matter. Defendants continue to consider the proposal and the parties remain optimistic that they can negotiate a settlement of attorney's fees and costs without further litigation.

7.  To accommodate the continued discussion regarding settlement as to attorney fees and costs, the parties respectfully request that the Court set a date of December 13, 2021, for the parties to file a joint status report, if a stipulation of dismissal has not been filed by that date. If this matter has not been resolved by that date, the joint status report will either indicate that the parties are continuing to engage in settlement discussions, or it will propose a briefing schedule on this issue of attorney fees and costs.

Dated:  November 12, 2021                    Respectfully submitted,

                                             BRIAN M. BOYNTON
                                             Acting Assistant Attorney General

                                             ELIZABETH J. SHAPIRO
                                             Deputy Director
                                             Federal Programs Branch

                                             /s/ Alexander V. Sverdlov
                                             ALEXANDER V. SVERDLOV
                                                (NY Bar 4918793)
                                             Trial Attorney
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, N.W.
                                             Washington, DC 20005
                                             Tel: (202) 305-8550
                                             alexander.v.sverdlov@usdoj.gov

                                             *Attorneys for Defendants*


                                             /s/ Claudia Valenzuela
                                             CLAUDIA VALENZUELA
                                             (D.C. Bar No: IL0056)
                                             Immigrant Legal Defense
                                             1322 Webster Street, Suite 300
                                             Oakland, CA 94612
                                             Tel: (872) 256-1979
                                             claudia@ild.org

                                             EMILY J. CREIGHTON
                                             (D.C. Bar No: 1009922)
                                             American Immigration Council
                                             1331 G St. NW, Suite 200
                                             Washington, DC 20005
                                             Tel: (202) 507-7540
                                             ecreighton@immcouncil.org

                                             *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>Defendants. | Civil Action No. 20-cv-01196-TFH |

### [PROPOSED] ORDER

Upon consideration of the parties' joint status report, and upon due deliberation, it is hereby ORDERED:

1. The parties shall submit a joint status report identifying whether and how this case should proceed on December 13, 2021.

SO ORDERED.

Dated: _____, 2021              _____
Washington, DC                                      THOMAS F. HOGAN
                                                             UNITED STATES DISTRICT JUDGE